# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| IN RE: PETITION OF THE TAX CLAIM BUREAU OF WESTMORELAND COUNTY, PENNSYLVANIA, TO SELL FREE AND CLEAR THE PROPERTY OF: | : No. 149 WAL 2014<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Commonwealth Court |
| ESTATE OF ANNA S. ROWLEY, HER HEIRS AND ASSIGNS: | :<br>:<br>: |
| BEING MAP NO. 26-02-09-0-418 | :<br>: |
| PETITION OF: CARL F. MILLER | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of August, 2014, the Petition for Allowance of Appeal is

**DENIED**.